RECEIVED

DEC 1 8 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:18-cr-00079 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| BRIAN LEE RHODES, | ) | T. 18 U.S.C. § 2422(b) |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Coercion and Enticement of a Minor)**

Beginning at least as early as March 5, 2018 up to and including March 14, 2018, in the Southern District of Iowa, the defendant, BRIAN LEE RHODES, did use any facility and means of interstate commerce, that being the Internet and cellular telephone to knowingly attempt to persuade, induce, entice, or coerce any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, that being the sexual exploitation of a minor in violation of Title 18, United States Code, Sections 2251(a) and 2252(a).

This is a violation of Title 18, United States Code, Section 2422(b)

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction of the offenses alleged in Count 1 of this Indictment, the defendant, BRIAN LEE RHODES shall forfeit to the United States his interest in the following property:

a.   Any and all visual depictions of minors engaging in sexually explicit

1

conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110.

b.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney