RECEIVED
FEB 26 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 1:18-cr-00079 |
| | ) |
| v. | ) **SUPERSEDING INDICTMENT** |
| | ) |
| BRIAN LEE RHODES, and | ) T. 18 U.S.C. § 2422(b) |
| JEREMY EUGENE JAMESON, | ) T. 18 U.S.C. §§ 2251(a), 2251(e) |
| | ) T. 18 U.S.C. §§ 2252(a)(2), 2252(b)(1) |
| Defendants. | ) T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Coercion and Enticement of a Minor)**

Beginning at least as early as March 5, 2018 up to and including March 14, 2018, in the Southern District of Iowa, the defendant, BRIAN LEE RHODES, did use any facility and means of interstate commerce, that being the use of a computer and cellular telephone to access the Internet to knowingly attempt to persuade, induce, entice, or coerce Child #1 who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, that being sexual abuse or production of child pornography.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
**(Coercion and Enticement of a Minor)**

Beginning at least as early as November 3, 2017 up to and including February 15, 2018, in the Southern District of Iowa, the defendant, BRIAN LEE RHODES, did use any facility and means of interstate commerce, that being a computer and cellular telephone to access the Internet to knowingly attempt to persuade, induce, entice, or coerce Child #2, who had not attained the age

of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, that being sexual abuse or production of child pornography.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 3
(Coercion and Enticement of a Minor)

Beginning at least as early as January 7, 2017 up to and including February 28, 2018, in the Southern District of Iowa, the defendant, BRIAN LEE RHODES, did use any facility and means of interstate commerce, that being the use of a computer or cellular telephone to access the Internet and knowingly attempt to persuade, induce, entice, or coerce Child #3 who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, that being sexual abuse or production of child pornography.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 4
(Production of Child Pornography)

Beginning at least as early as July 7, 2017 up to and including February 17, 2018, in the Southern District of Iowa and elsewhere, the defendant, BRIAN LEE RHODES, did knowingly use, persuade, induce, entice, and coerce, a minor *i.e.*, any person under the age of eighteen years to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2) for the purpose of producing a visual depiction of such conduct in that the defendant, BRIAN LEE RHODES did persuade, or attempt to persuade Child #3 to video record said minor engage in and assist another minor to engage in a simulated sex act, masturbation, and lascivious

display of genitals and knowing said visual depictions being of such conduct would be transmitting using a means of interstate commerce.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
**(Distribution of Child Pornography)**

That on or about April 29, 2018, in the Southern District of Iowa, the defendant, BRIAN LEE RHODES, knowingly distributed a visual depiction that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, *i.e.*, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
**(Receipt of Child Pornography)**

That on or about April 29, 2018, in the Southern District of Iowa, the defendant, JEREMY EUGENE JAMESON, knowingly received a visual depiction that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, *i.e.*, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2) and 2251(b)(1).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction of the offenses alleged in Counts 1-6 of this Indictment, the defendants, BRIAN LEE RHODES and JEREMY EUGENE JAMESON shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

                                                          FOREPERSON

Marc Krickbaum
United States Attorney

By: _Shelly Sudmann_
Shelly Sudmann
Assistant United States Attorney